IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02108-MSK-MEH

HARVEY JACOBY, and
JANET JACOBY,

    Plaintiffs,

v.

ADRIAN HENDERSON, an individual, and
BALDWIN DISTRIBUTION SERVICES, a Texas corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2012**.

    Defendants' Unopposed Motion to Modify Scheduling Order [filed February 23, 2012; docket #17] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

Rebuttal expert designation:      March 14, 2012
Discovery cutoff:      May 14, 2012

All other deadlines and conference dates shall remain the same.