IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02108-MSK-MEH

HARVEY JACOBY and
JANET JACOBY,

      Plaintiffs,

v.

ADRIAN HENDERSON, an individual, and
BALDWIN DISTRIBUTION SERVICES, a Texas corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2012**.

      Defendants' Unopposed Motion to Modify Minute Order of March 19, 2012 [filed March 26, 2012; docket #24] is **granted**. Counsel for Defendants shall ensure that the Defendants are available by telephone throughout the entirety of the Settlement Conference. As a cautionary note, however, if the lack of physical presence of such person(s) becomes a hindrance to the progress of settlement negotiations at the conference, the conference may be recessed and re-convened at a time when the person(s) can be present, and costs of the recessed conference may be assessed against the Defendants.